# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

FRED LEICHT,

                V.

AUTOZONE, INC., et al,

Case Number:  1:00cv853-SJD

District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been RESET for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 829 |
| | DATE AND TIME |
| | TUESDAY, NOVEMBER 25, 2003 at 1:30 P.M. |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions.**

2. Each counsel must prepare and submit a letter no longer than five pages to the Court one week prior to the conference with a synopsis of the case and the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel.

TERRY DEINLEIN, ACTING CLERK

\_\_\_s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633