AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

FRED LEICHT,

                V.

AUTOZONE, INC., et al,

Case Number:   1:00cv853-SJD

District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been RESET for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 829 |
| 100 East Fifth Street | **DATE AND TIME** |
| Cincinnati, Ohio 45202 | MONDAY, DECEMBER 15, 2003 at 9:00 A.M. |

SPECIAL INSTRUCTIONS:

1.    **All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions.**

TERRY DEINLEIN, ACTING CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633