UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRED LEICHT                               *        Case No. C-1-00-853

        Plaintiff                   *
                                                   Judge Dlott
   vs.                                      *

AUTOZONE, et al.                          *        **AFFIDAVIT OF MARK W. NAPIER**

        Defendants                  *

State of Ohio
               SS:
County of Hamilton

MARK W.NAPIER, being first duly cautioned and sworn, states as follows:

1. That he is an attorney duly admitted to this Court, and has been admitted to the Ohio Bar since 1978;

2. That he is an employee and associate attorney of Freking and Betz, and has served as counsel on behalf of Plaintiff in this matter ;

3. That attached to this Affidavit as Exhibit A is a summary document compiled from data extracted from time records and other documents produced by Defendant Auto Zone;

4. That Exhibit A depicts those eligible class members whose time records disclose they had work time removed from their time records during the period in question;

5. That attached to this Affidavit as Exhibit B is a summary sheet and supporting entries disclosing the individual and total Freking & Betz attorney and staff time hours spent in this matter;

6.    That attached to this Affidavit as Exhibit C is a document listing total expenses

of $866.12 incurred to notify class members in accordance with this Court's

Order;

7.    That the above statements are based on Affiant's personal knowledge.

Mark W. Napier

Sworn to before me and subscribed in my presence this 1st day of June, 2005.

Notary Public

SUSAN M. HARTUNG
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 06-17-06

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2004, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing

system and copies will be mailed via U.S. mail to those parties who are not served via the

Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/ Mark W. Napier_____

### *Leicht* Class Members

The following Autozone Store 705 employees' time records were altered during the period beginning October 10, 1997 and ending June 30, 2000.
### TOTAL MONIES OWED FOR SHORTED TIME:  $4,760.27

1. **Anderson, Damon: $160.11 owed**
14.45 hours shorted
$11.08 hourly rate

2. **Bernzott, A: $347.55 owed**
32.27 hours shorted
$10.77 hourly rate

3. **Blaut, Stephen: $26.58 owed**
2.00 hours shorted
$13.29 hourly rate

4. **Branhan, Leslie: $4.85 owed**
0.57 hours shorted
$8.50 hourly rate

5. **Brennen, Brandon: $1.54 owed**
0.22 hours shorted
$7.00 hourly rate

6. **Burns Sr., Bruce: $56.31 owed**
7.92 hours shorted
$7.11 hourly rate

7. **Campbell, Keith: $121.90 owed**
15.77 hours shorted
$7.73 hourly rate

8. **Canty, Craig: $12.39 owed**
1.77 hours shorted
$7.00 hourly rate

9. **Chaney, Tom: $22.96 owed**
3.28 hours shorted
$7.00 hourly rate

10. **Clayton, Tommie: $119.75 owed**
16.27 hours shorted
$7.36 hourly rate

11. **Cramer, Gary: $7.60 owed**
1.00 hour shorted
$7.60 hourly rate

12. **Creek, Randy: $18.00 owed**
2.00 hours shorted
$9.00 hourly rate

13. **Crouch, Jason: $5.63 owed**
0.75 hours shorted
$7.50 hourly rate

14. **Doherty, Amanda: $18.90 owed**
3.00 hours shorted
$6.30 hourly rate

15. **Doyle, James: $161.19 owed**
19.42 hours shorted
$8.30 hourly rate

16. **Dunckley, George: $13.84 owed**
1.73 hours shorted
$8.00 hourly rate

17. **Dyer, David: $240.31 owed**
26.35 hours shorted
$9.12 hourly rate

18. **Eppert, Clinton: $0.00 owed**
0.00 hours shorted
$7.00 hourly rate

19. **Ernst, Steven: $5.94 owed**
0.72 hours shorted
$8.25 hourly rate

20. **Eshman, Terry: $73.14 owed**
9.03 hours shorted
$8.10 hourly rate

21. **Fahrian Sr., Wilfred: $103.22 owed**

PLAINTIFF'S EXHIBIT
A

9.83 hours shorted
$10.50 hourly rate

22. **Feeback, Tracy: $7.02 owed**
1.17 hours shorted
$6.00 hourly rate

23. **Flynn, Douglas: $0.00 owed**
0.00 hours shorted
$12.16 hourly rate

24. **Frey, Jeffrey: $85.26 owed**
8.12 hours shorted
$10.50 hourly rate

25. **Gardner, David: $45.44 owed**
5.68 hours shorted
$8.00 hourly rate

26. **Gibson, Kalesha: $176.96 owed**
26.53 hours shorted
$6.67 hourly rate

27. **Grace, Michael: $105.65 owed**
13.92 hours shorted
$7.59 hourly rate

28. **Guenther, Sam: $299.64 owed**
30.42 hours shorted
$9.85 hourly rate

29. **Hacker, James: $0.00 owed**
0.00 hours shorted
$8.25 hourly rate

30. **Hassenger, Mark: $58.88 owed**
7.85 hours shorted
$7.50 hourly rate

31. **Hensley, Joyce: $9.45 owed**
1.35 hours shorted
$7.00 hourly rate

32. **Hodges, John: $42.21 owed**
4.02 hours shorted
$10.50 hourly rate

33. **Holland, Chester: $74.40 owed**
9.30 hours shorted
$8.00 hourly rate

34. **Hooven, Richard: $18.63 owed**
2.07 hours shorted
$9.00 hourly rate

35. **Hughes, Teresa: $9.62 owed**
1.48 hours shorted
$6.50 hourly rate

36. **Jung, Eric: $3.71 owed**
0.57 hours shorted
$6.50 hourly rate

37. **King, Shonda: $21.49 owed**
3.07 hours shorted
$7.00 hourly rate

38. **Kitchens Jr, Levi: $4.25 owed**
0.63 hours shorted
$6.75 hourly rate

39. **Klenk, Daniel: $32.70 owed**
3.27 hours shorted
$10.00 hourly rate

40. **Knotts, Steven: $220.88 owed**
22.47 hours shorted
$9.83 hourly rate

41. **Knox, Monica: $43.31 owed**
6.93 hours shorted
$6.25 hourly rate

42. **Legendre, Marcie: $74.41 owed**
10.48 hours shorted
$7.10 hourly rate

2

43. **Leicht, Fred: $120.98 owed**
11.70 hours shorted
$10.34 hourly rate

44. **Lucas, Mark: $261.11 owed**
26.78 hours shorted
$9.75 hourly rate

45. **Lundy III, John: $39.44 owed**
4.93 hours shorted
$8.00 hourly rate

46. **McClendon, Nicki: $44.96 owed**
6.27 hours shorted
$7.17 hourly rate

47. **McRae, Michael: $105.48 owed**
11.63 hours shorted
$9.07 hourly rate

48. **Metz, Jami: $46.34 owed**
6.62 hours shorted
$7.00 hourly rate

49. **Murray, Farris: $8.40 owed**
1.20 hours shorted
$7.00 hourly rate

50. **Odenbach Jr, Richard: $0.83 owed**
0.08 hours shorted
$10.42 hourly rate

51. **Payne, Dionsoylo: $47.70 owed**
6.68 hours shorted
$7.14 hourly rate

52. **Peters, Lori: $30.98 owed**
4.13 hours shorted
$7.50 hourly rate

53. **Petrey, Rondall: $64.01 owed**
6.92 hours shorted
$9.25 hourly rate

54. **Polilli, Robert: $14.65 owed**
2.02 hours shorted
$7.25 hourly rate

55. **Pong, Michael: $0.00 owed**
0.00 hours shorted
$14.98 hourly rate

56. **Post, Ross: $27.00 owed**
3.00 hours shorted
$9.00 hourly rate

57. **Putnick Jr., Jack: $36.02 owed**
3.47 hours shorted
$10.38 hourly rate

58. **Ramsey, Frank: $28.05 owed**
3.30 hours shorted
$8.50 hourly rate

59. **Reed Jr, Barry: $40.46 owed**
5.62 hours shorted
$7.20 hourly rate

60. **Roos, Adam: $27.65 owed**
3.95 hours shorted
$7.00 hourly rate

61. **Rue, Dan: $229.09 owed**
21.45 hours shorted
$10.68 hourly rate

62. **Sargent, William: $39.56 owed**
5.58  hours shorted
$7.09 hourly rate

63. **Schaaf, James: $120.39 owed**
14.47 hours shorted
$8.32 hourly rate

64. **Scully, David: $62.77 owed**
6.10 hours shorted
$10.29 hourly rate

65. **Sellmeyer, Mark: $12.95 owed**
1.85 hours shorted

3

$7.00 hourly rate

66. **Sexton, Angela: $82.75 owed**
12.93 hours shorted
$6.40 hourly rate

67. **Slaughter, Garth: $2.03 owed**
0.25 hours shorted
$8.10 hourly rate

68. **Smith, Dudley: $171.64 owed**
20.83 hours shorted
$8.24 hourly rate

69. **Steed, Juan: $61.72 owed**
9.05 hours shorted
$6.82 hourly rate

70. **Steiman, Tom: $45.26 owed**
4.27 hours shorted
$10.60 hourly rate

71. **Thomas, Danny: $12.24 owed**
1.53 hours shorted
$8.00 hourly rate

72. **Thomas, Deidre: $10.71 owed**
1.53 hours shorted
$7.00 hourly rate

73. **Valone, Christina: $1.22 owed**
0.18 hours shorted
$6.75 hourly rate

74. **Vastola, Andrew: $25.47 owed**
2.83 hours shorted
$9.00 hourly rate

75. **Walters, Tony: $1.37 owed**
0.13 hours shorted
$10.50 hourly rate

76. **Wespesser, Eugene: $20.64 owed**
2.58 hours shorted
$8.00 hourly rate

77. **Wheat, Kyle Anthony: $60.78 owed**
6.00 hours shorted
$10.13 hourly rate

4

Summary of Billable Hours

Fred Leicht et al v. Autozone

| Attorney/Paralegal | Total No. of Hours | Hourly Rate | Total |
|---|---|---|---|
| Randolph H. Freking | 8.9 | 350 | $3,115.00 |
| Carol S. Wood | 135.8 | 250 | 33,950.00 |
| Kelly Mulloy Myers | 0.1 | 200 | 20.00 |
| Mark Napier | 41.3 | 260 | 10,738.00 |
| Kathi J. Huber | 5.7 | 85 | 484.50 |
| Clinton R. Collins | 0.3 | 85 | 25.50 |
| Angel Carpenter | 21.8 | 60 | 1,308.00 |
| Jennifer Trakas | 136.0 | 50 | 6,800.00 |
| Suzanne L. Mehl | 21.0 | 85 | 1,785.00 |
| Anna Gercas | 11.8 | 50 | 590.00 |
| Tod Thompson | 0.4 | 85 | 34.00 |
| Jenna White | 1.9 | 25 | 47.50 |
| Law Clerks (various) | 58.1 | 60 | 3,486.00 |
| Total Fees | | | $62,383.50 |



PLAINTIFF'S EXHIBIT

tabbies

**FREKING & BETZ**
**215 EAST NINTH STREET**
**FIFTH FLOOR**
**CINCINNATI, OH  45202**
**(513) 721-1975**

Fred Leicht
2963 Lischer Avenue
Cincinnati OH  45211

Litigation - AutoZone, Inc.

Page: 1
June 01, 2005
Client Number  1460L
Statement No:  28234

**STATEMENT FOR SERVICES**

Professional services

|  | | Hours |
|---|---|---|
| 05/26/00 CSW Draft investigation letter - L. Mustain | | 0.40 |
| 06/05/00 CSW Review letter from A. Smith | | 0.10 |
| 07/12/00 CSW Draft letter - A. Smith | | 0.20 |
| 09/07/00 CSW Research -wage and hour; draft complaint | | 1.80 |
| 09/08/00 CSW Draft Complaint | | 0.80 |
| 09/11/00 CSW Conference with Fred re Complaint | | 0.10 |
| 09/20/00 CSW Draft Complaint | | 0.50 |
| 09/23/00 CSW Draft letter; Reivse complaint | | 0.90 |
| 09/26/00 CSW Telephone conference with Fred | | 0.10 |
| 10/02/00 CSW Research; call to Fred. | | 0.50 |
| CSW Telephone conference with Fred regarding proceeding. | | 0.30 |
| 10/10/00 CSW Finalize complaint to file. | | 2.80 |
| 10/25/00 CSW Telephone conference with Fred regarding service. | | 0.10 |
| 11/15/00 CSW Conference with Kathi. | | 0.10 |
| KJH Conference with Carol Wood | | 0.10 |
| 11/17/00 CSW Conference with Kathi regarding service of complaint. | | 0.10 |
| KJH Prepare waivers; letter to Fred. | | 0.30 |
| KJH Conference with Carol Wood | | 0.10 |
| 11/22/00 KJH Create pleading board and update Abacus. | | 0.30 |
| 12/06/00 CSW Review documents from Fred. | | 0.30 |
| 12/11/00 CSW Research brief time. | | 0.20 |
| 12/13/00 CSW Review letter - W. Christy | | 0.10 |

```
                                                                  Page: 2
    Fred Leicht                                              June 01, 2005
                                                       Client Number  1460L
                                                       Statement No:  28234

    Litigation - AutoZone, Inc.
```

|  |  | Hours |
|---|---|---|
| 12/27/00 AC | Update pleading board. | 0.10 |
| 01/11/01 CSW | Review letter, stipulation of extension of time, motions | 0.40 |
| 01/16/01 AC | Update pleading board. | 0.10 |
| 01/17/01 AC | Conference with Randy and Carol. | 0.10 |
| RHF | Conference with Carol, et al, regarding status. | 0.10 |
| SLM | Conference with Randy and Carol regarding status. | 0.10 |
| CRC | Conference with Carol, Randy et al | 0.10 |
| CSW | Conference with Randy et al | 0.10 |
| CSW | Review letter - M. Blubaugh | 0.10 |
| 01/22/01 AC | Update pleading board. | 0.10 |
| SLM | Extensive file review; draft discovery; conference with Susan. | 0.70 |
| SLM | Review and revise discovery requests. | 0.60 |
| 01/25/01 CSW | Conference with Fred. | 0.20 |
| 01/26/01 CSW | Brief | 0.50 |
| 01/31/01 AC | Update pleading board. | 0.10 |
| CSW | Class brief. | 2.00 |
| 02/01/01 SLM | Review and revise discovery requests; letter to counsel. | 0.80 |
| CSW | Discovery; conference with defendant's counsel. | 0.50 |
| CSW | Finalize discovery; motion. | 2.40 |
| 02/05/01 AC | Update discovery notebook. | 0.10 |
| CSW | Motion | 1.50 |
| RHF | Review letter and Defendant's motions | 0.20 |
| 02/06/01 AC | Update pleading board. | 0.10 |
| CSW | Brief | 2.00 |
| 02/07/01 KJH | Answer comparison. | 0.30 |
| CSW | Brief; telephone conference with Fred. | 3.00 |
| CSW | Meet with Fred. | 0.50 |
| CSW | Review letter and Answer | 0.20 |
| 02/08/01 AC | Update pleading board. | 0.10 |
| 02/12/01 AC | Update pleading board. | 0.10 |
| CSW | Review order from court. | 0.10 |
| 02/16/01 CSW | Review e-mail. | 0.10 |
| 02/21/01 CSW | Review letter - T. Ken Hidalgo | 0.10 |
| 02/23/01 CSW | Review order from Court | 0.10 |
| 03/05/01 CSW | Review agreed order | 0.10 |