Fred Leicht

Litigation - AutoZone, Inc.

|  |  | Hours |
|---|---|---|
| 03/06/01 AC | Update pleading board. | 0.10 |
| CSW | Review email from Fred | 0.10 |
| 03/07/01 CSW | Review letter - Blubaugh and Motion | 0.20 |
| 03/09/01 CSW | Review notice from Court | 0.10 |
| 03/10/01 CSW | Review order from Court | 0.10 |
| 03/12/01 AC | Update pleading board. | 0.10 |
| 03/13/01 AC | Update pleading board. | 0.10 |
| 03/14/01 CSW | Review Notice from Court | 0.10 |
| 03/15/01 CSW | Review Notice from Court | 0.10 |
| 03/16/01 RHF | Review Memo in Opposition to Plaintiff's Motion for Order | 0.30 |
| CSW | Review Memo in Opposition to Motion for Order | 0.10 |
| 03/19/01 SLM | Conference with Phyllis. | 0.10 |
| AC | Update pleading board; conference with Suzanne | 0.20 |
| 03/22/01 AC | Update pleading board. | 0.10 |
| 03/26/01 AC | Update pleading board. | 0.10 |
| CSW | Review email from Fred | 0.10 |
| 03/28/01 SLM | File review; conference with Carol. | 0.20 |
| SLM | Extensive file review; prepare documents for production; draft Rule 26 disclosure. | 1.30 |
| CSW | Conference with defendant's counsel and motion; conference with Suzanne | 0.40 |
| 03/29/01 SLM | Prepare documents for production; draft Rule 26 disclosure. | 2.40 |
| 04/02/01 AC | Update pleading board. | 0.10 |
| 04/05/01 CSW | Reply | 2.50 |
| AC | Update pleading board. | 0.10 |
| 04/06/01 CSW | Reply | 1.00 |
| CSW | Affidavit; Reply | 2.00 |
| CSW | Draft letter _ T Ken Hidalgo | 0.10 |
| 04/09/01 SLM | Conference with Carol; file review; prepare documents for pleading; conference with Jenna. | 0.30 |
| CSW | Finalize Reply; conference with Suzanne | 1.00 |
| CSW | Review Notice from Court | 0.10 |
| 04/10/01 AC | Update pleading board. | 0.10 |

Fred Leicht


Litigation - AutoZone, Inc.

|  |  | Hours |
|---|---|---|
| 04/16/01 AC  Update pleading board. | | 0.10 |
| 04/17/01 AC  Update pleading board. | | 0.10 |
| 04/18/01 CSW Review Consent form | | 0.10 |
| 04/20/01 CSW Conference regarding discovery plan | | 0.50 |
| CSW Review discovery plan from W. Christy | | 0.20 |
| 04/23/01 AC  Update pleading board. | | 0.10 |
| CSW Review fax | | 0.20 |
| 04/30/01 CSW Draft letter - W. Christy | | 0.20 |
| 05/02/01 CSW Review fax; call to defendant's counsel. | | 0.20 |
| 05/09/01 CSW Calls to defendant's counsel; arrange to file plan. | | 0.20 |
| 05/10/01 CSW Disclosures | | 0.50 |
| CSW Review Defendant's disclosures | | 0.10 |
| 05/11/01 CSW Disclosures | | 1.00 |
| CSW Finalize disclosures. | | 0.40 |
| 05/14/01 AC  Update pleading board. | | 0.10 |
| CSW Conference with Fred regarding disclosures. | | 0.20 |
| 05/15/01 CSW Draft letter - W. Christy | | 0.20 |
| 05/17/01 AC  Update pleading board. | | 0.10 |
| AC  Check status of discovery; conference with Suzanne regarding same. | | 0.20 |
| SLM Conference with Phyllis. | | 0.10 |
| CSW Prepare for case management; preliminary pretrial. | | 1.30 |
| 05/18/01 SLM Conference with Carol; review and reprint discovery; draft letter. | | 0.40 |
| CSW Conference with Suzanne regarding discovery. | | 0.20 |
| 05/21/01 SLM Memo from Carol. | | 0.10 |
| CSW Discovery | | 0.20 |
| CSW Review Order from Court | | 0.10 |
| 05/22/01 AC  Update pleading board. | | 0.10 |
| 05/23/01 CSW Review email from Fred | | 0.10 |
| 05/24/01 AC  Update pleading board. | | 0.10 |
| AC  Update discovery notebook. | | 0.10 |
| 05/30/01 AC  Update pleading board. | | 0.10 |
| 05/31/01 AC  Index plaintiff's documents. | | 2.00 |
| CSW Call from defendant's counsel; call to Fred. | | 0.20 |

```
                                                                Page: 5
                                                          June 01, 2005
        Fred Leicht                                 Client Number  1460L
                                                    Statement No:  28234

        Litigation - AutoZone, Inc.
```

|  |  | Hours |
|---|---|---|
| 06/01/01 | CSW Call to defendant's counsel. | 0.10 |
| 06/04/01 | CSW Schedule deposition; call to Fred. | 0.10 |
|  | CSW Review email from Fred | 0.10 |
| 06/06/01 | CSW Deposition preparation. | 2.60 |
|  | CSW Review letter and deposition notices | 0.20 |
| 06/11/01 | AC  Update pleading board. | 0.10 |
| 06/12/01 | CSW Review documents received. | 0.80 |
| 06/13/01 | KJH Set up deposition. | 0.20 |
|  | SLM Conference with Carol. | 0.10 |
|  | CSW Deposition of Fred; meet with Fred regarding same. | 6.00 |
|  | CSW Conference with Suzanne | 0.10 |
| 06/14/01 | AC  File defendant's Rule 26 documents. | 1.00 |
|  | CSW Review letter and documents from W. Christy | 0.30 |
|  | CSW Draft letter - Fred | 0.10 |
| 06/21/01 | AC  Update pleading board. | 0.10 |
| 06/26/01 | CSW Review discovery requests and letter from W. Christy | 0.30 |
| 07/02/01 | KJH Letter to Fred. | 0.10 |
| 07/03/01 | KJH Review letter - Cin-Tel | 0.10 |
| 08/15/01 | RHF Review Defendant's supplemental answers to first set of discovery | 0.20 |
|  | CSW Review Defendant's answer to requests | 0.20 |
| 08/20/01 | SLM Conference with Phyllis Jones. | 0.10 |
|  | LC  Conference with Suzanne (Phyllis Jones) | 0.10 |
| 08/27/01 | SLM Conference with Phyllis Jones. | 0.10 |
|  | AC  Review Defendant's discovery response; draft chart; update discovery notebook; organize documents. | 1.50 |
|  | LC  Conference with Suzanne (Phyllis Jones) | 0.10 |
| 09/06/01 | SLM Review file. | 0.20 |
| 09/10/01 | CSW Review discovery; draft letter. | 1.00 |
| 09/12/01 | SLM Voice mail message from W. Christy's office. | 0.10 |
|  | SLM Telephone conference with Walter Christy's office. | 0.10 |
|  | SLM Telephone conference with Walter Christy. | 0.10 |
|  | SLM Conference with Carol Wood. | 0.10 |
|  | CSW Conference regarding depositions. | 0.20 |
| 09/13/01 | SLM Conference with Carol Wood. | 0.10 |
|  | CSW Conference with Suzanne Mehl | 0.10 |

Page: 6
June 01, 2005
Client Number  1460L
Statement No:  28234

Fred Leicht

Litigation - AutoZone, Inc.


|  |  |  | Hours |
|---|---|---|---|
| 09/17/01 | KJH | Conference with Carol Wood; review voice mail message; telephone conference with Walter Christy regarding 10/4 and 10/5 depositions. | 0.30 |
|  | CSW | Telephone conference with Defendant's counsel. | 0.10 |
|  | CSW | Conference with Kathi | 0.10 |
| 09/18/01 | CSW | Conference with Kathi Huber regarding depositions and subpoenas. | 0.10 |
|  | KJH | Conference with Carol | 0.10 |
| 09/19/01 | KJH | Prepare deposition notices, subpoenas; cover letter to W. Christy. | 1.00 |
|  | CSW | Draft letter - R. Mooney | 0.10 |
| 09/20/01 | AC | Update pleading board. | 0.10 |
| 09/24/01 | AC | Update pleading board. | 0.10 |
|  | CSW | Draft Motion to Extend deadline to file motion; draft letter - W. Christy and M. Blubaugh | 0.40 |
| 09/28/01 | KMM | Telephone conference with J. Dlott's chambers. | 0.10 |
| 10/02/01 | CSW | Prepare for deposition. | 0.50 |
| 10/03/01 | CSW | Prepare for deposition. | 0.50 |
|  | CSW | Conference with Fred. | 0.10 |
| 10/04/01 | CSW | Prepare for deposition. | 0.80 |
|  | CSW | Take depositions. | 5.50 |
|  | KJH | Set-up deposition. | 0.20 |
| 10/05/01 | CSW | Prepare for deposition. | 0.20 |
|  | CSW | Attend deposition. | 3.50 |
|  | KJH | Set-up deposition. | 0.20 |
| 10/11/01 | AC | Update pleading board. | 0.10 |
| 10/15/01 | AC | Update pleading board. | 0.10 |
| 11/01/01 | CSW | Review R. Mooney's deposition transcipt | 0.10 |
| 11/02/01 | SLM | Conference with Carol Wood; telephone call to Walter Kristy. | 0.10 |
|  | CSW | Conference with Suzanne Mehl. | 0.10 |
| 11/05/01 | CSW | Telephone conference with Defendant's counsel. | 0.10 |
|  | CSW | Review discovery. | 0.30 |
| 11/06/01 | CSW | Conference with Fred. | 0.40 |
|  | SLM | Conference with Carol Wood. | 0.10 |
|  | CSW | Conference with Suzanne Mehl | 0.10 |
| 11/07/01 | CSW | Memorandum in Opposition. | 4.00 |

Page: 7
June 01, 2005
Client Number  1460L
Statement No:  28234

Fred Leicht

Litigation - AutoZone, Inc.

|  |  |  | Hours |
|---|---|---|---|
| 11/09/01 | CSW | Telephone conference with court. | 0.10 |
| 11/14/01 | CSW | Motion; telephone conference with Defendant's counsel. | 0.50 |
| 11/15/01 | AC | Update pleading board. | 0.10 |
| 11/19/01 | CSW | Conference with court; message to Defendant's counsel. | 0.10 |
|  | CSW | Review Notice from Court | 0.10 |
| 11/20/01 | CSW | Revise order. | 0.10 |
|  | CSW | Telephone conference with Defendant's counsel. | 0.10 |
| 11/21/01 | CSW | Telephone conference with client; telephone call to Defendant's counsel; telephone conference with Defendant's counsel regarding phone conference and discovery. | 0.40 |
| 11/26/01 | CSW | Memo to Nicole Seeling regarding Abacus. | 0.10 |
| 11/27/01 | AC | Update pleading board. | 0.10 |
| 11/28/01 | CSW | Review notice from Court | 0.10 |
| 11/29/01 | AC | Update pleading board. | 0.10 |
| 12/13/01 | CSW | Deposition preparation; preparation for telephone hearing with the court. | 1.50 |
|  | CSW | Conference with the court; deposition of Alison Smith; wait for court's call. | 1.80 |
| 12/19/01 | CSW | Review new scheduling order. | 0.10 |
| 12/31/01 | AC | Update pleading board. | 0.10 |
| 01/19/02 | CSW | Review signature page - Mooney | 0.10 |
| 01/28/02 | CSW | Draft letter regarding discovery | 0.20 |
| 01/29/02 | CSW | Review fax - Christy | 0.10 |
| 01/30/02 | SLM | Conference with Carol Wood. | 0.10 |
|  | CSW | Conference with Suzanne Mehl | 0.10 |
| 01/31/02 | SLM | Conference with Phyllis Jones. | 0.20 |
|  | LC | Conference with Suzanne Mehl | 0.10 |
| 02/04/02 | CSW | Review letter and documents from T. Harrison | 0.30 |
| 02/14/02 | CSW | Review file; discovery documents. | 1.00 |
| 02/18/02 | KJH | Telephone conference with Carol Wood; telephone conference with Annette Schoch. | 0.20 |
|  | CSW | Telephone conference with Kathi Huber | 0.10 |

```
                                                            Page: 0
                                                       June 01, 2005
        Fred Leicht                               Client Number  1460L
                                                  Statement No:  28234


        Litigation - AutoZone, Inc.
```

|  |  |  | Hours |
|---|---|---|---|
| 02/20/02 | CSW | Conference with Fred regarding case. | 0.60 |
|  | CSW | Prepare for deposition. | 2.00 |
| 02/21/02 | KJH | Set-up deposition. | 0.20 |
|  | SLM | Conference with Carol Wood. | 0.20 |
|  | SLM | Conference with Anna. | 0.20 |
|  | SLM | Conference with Kathi Huber; conference with Jenna White; letter to Fred. | 0.30 |
|  | CSW | Depositions and preparation. | 5.00 |
|  | CSW | Conference with Suzanne Mehl | 0.10 |
|  | KJH | Conference with Suzanne Mehl | 0.10 |
| 02/22/02 | JT | Draft list of adjusted hours. | 6.40 |
| 02/25/02 | JT | Draft list of adjusted hours. | 4.60 |
|  | AC | Organize documents from Defendant. | 0.40 |
| 02/26/02 | AC | Update discovery notebook. | 0.10 |
| 02/27/02 | JT | Draft list of adjusted hours. | 7.60 |
|  | SLM | Conference with Jennifer Trakis. | 0.10 |
|  | JT | Conference with Suzanne Mehl | 0.10 |
| 02/28/02 | JT | Draft list of adjusted hours. | 6.90 |
|  | SLM | Conference with Jennifer Trakis. | 0.10 |
|  | JT | Conference with Suzanne | 0.10 |
| 03/01/02 | JT | Draft list of adjusted hours. | 7.70 |
| 03/06/02 | SLM | Conference with Jennifer Trakis. | 0.30 |
|  | JT | Draft list of adjusted hours. | 7.30 |
|  | JT | Conference with Suzanne | 0.10 |
| 03/07/02 | SLM | Conference with Jennifer Trakis; review documents. | 0.20 |
|  | JT | Draft list of adjusted hours. | 7.70 |
|  | JT | Conference with Suzanne | 0.10 |
| 03/08/02 | JT | Draft list of adjusted hours. | 7.10 |
| 03/13/02 | JT | Draft list of adjusted hours. | 7.70 |
| 03/14/02 | JT | Draft list of adjusted hours. | 7.60 |
| 03/15/02 | JT | Draft list of adjusted hours. | 6.10 |
| 03/18/02 | SLM | Conference with Anna regarding discovery. | 0.10 |
|  | JT | Draft list of adjusted hours. | 7.10 |
| 03/19/02 | SLM | Conference with Jennifer Trakis; review report. | 0.30 |
|  | SLM | Conference with Carol Wood; brief review of discovery. | 0.20 |
|  | CSW | Conference with Jennifer Trakis regarding document review. | 0.20 |
|  | JT | Draft list of adjusted hours. | 5.50 |
|  | JT | Conference with Suzanne | 0.10 |

Fred Leicht


Litigation - AutoZone, Inc.



|  |  | Hours |
|---|---|---|
| CSW | Conference with Suzanne | 0.10 |
| JT | Conference with Carol | 0.20 |
| 03/20/02 SLM | Extensive review of time card report; draft response to discovery. | 3.20 |
| SLM | Conference with Carol Wood. | 0.10 |
| SLM | Telephone conference with Fred. | 0.10 |
| CSW | Conference with Suzanne | 0.10 |
| 03/21/02 SLM | Conference with Carol Wood; letter to W. Christy. | 0.40 |
| CSW | Conference with Suzanne | 0.10 |
| 03/22/02 SLM | Update CSR. | 0.10 |
| CSW | Telephone conference with attorney; conference with Suzanne Mehl; conference with Fred regarding discovery responses. | 0.20 |
| LC | Conference with Carol (Suzanne Mehl) | 0.10 |
| 03/25/02 SLM | Review message from Carol Wood; telephone conference with Fred. | 0.10 |
| 03/26/02 CSW | Conference with Suzanne Mehl regarding discovery responses. | 0.20 |
| CSW | Review documents; conference with Fred. | 0.30 |
| SLM | Conference with Fred; conference with Carol Wood; extensive file review. | 4.30 |
| 03/27/02 CSW | Review discovery responses. | 0.60 |
| SLM | Conference with Fred; telephone conference with Fred. | 0.30 |
| SLM | Conference with Carol Wood. | 0.10 |
| CSW | Conference with Suzanne Mehl | 0.10 |
| CSW | Draft letter - Fred | 0.20 |
| CSW | Finalize discovery responses; draft letter - M. Blubaugh and W. Christy | 0.50 |
| 03/28/02 SLM | Telephone conference with Fred. | 0.20 |
| AC | Update discovery notebook. | 0.10 |
| 03/29/02 RHF | Conference with Carol Wood regarding status. | 0.10 |
| CSW | Conference with Randy regarding status | 0.10 |
| 04/02/02 AC | Update discovery notebook. | 0.10 |
| 04/05/02 SLM | Telephone conference with Fred. | 0.10 |
| CSW | Research. | 1.00 |
| 04/08/02 SLM | Telephone conference with Fred. | 0.10 |
| CSW | Review documents; conference with Fred. | 2.50 |
| 04/09/02 SLM | Conference with Carol Wood. | 0.10 |
| CSW | Draft Motion; review depositions. | 2.80 |
| CSW | Conference with Suzanne Mehl | 0.10 |

Page: 10
June 01, 2005
Client Number   1460L
Statement No:   28234

Fred Leicht

Litigation - AutoZone, Inc.

|  |  |  | Hours |
|---|---|---|---|
| 04/10/02 | CSW | Draft memo; Motion. | 1.00 |
| 04/11/02 | KJH | Conference with Carol Wood; telephone conference with Annette Schoch. | 0.20 |
|  | CSW | Draft Motion and memo. | 0.10 |
|  | CSW | Conference with Kathi | 0.10 |
| 04/12/02 | KJH | Telephone conference with Annette Schoch; memo to Carol Wood. | 0.20 |
|  | KJH | Conference with Carol Wood regarding Fred's deposition. | 0.10 |
|  | SLM | Review note from Carol Wood; review file; conference with Carol Wood. | 0.20 |
|  | CSW | Draft Motion; review records. | 3.00 |
|  | CSW | Conference with Kathi | 0.10 |
|  | CSW | Conference with Suzanne | 0.10 |
|  | CSW | Draft letter -W. Christy | 0.10 |
| 04/13/02 | CSW | Affidavits. | 1.00 |
| 04/14/02 | CSW | Motion. | 2.50 |
| 04/15/02 | KJH | Prepare Notice of Filing depositions. | 0.20 |
|  | CSW | Finalize Motion. | 1.70 |
| 04/17/02 | AC | Update pleading board. | 0.10 |
| 04/25/02 | CSW | Review Defendant's Motions | 0.10 |
| 04/30/02 | AC | Update pleading board. | 0.10 |
| 05/02/02 | CSW | Receive deposition transcripts - Chaney, Steiman & Mott | 0.10 |
| 05/09/02 | KJH | Conference with Suzanne Mehl. | 0.10 |
|  | SLM | Telephone conference with Ben Delsa; conference with Kathi Huber. | 0.10 |
| 05/13/02 | AC | Update pleading board. | 0.10 |
|  | CSW | Telephone conference with Defendant's counsel. | 0.10 |
| 05/14/02 | AC | Organize documents from Defendant. | 0.30 |
|  | CSW | Conference regarding discovery documents needed. | 0.20 |
|  | JT | Add to list of adjusted hours. | 4.20 |
|  | CSW | Review letter - T. Harrison | 0.10 |
|  | CSW | Receive timerecords from Autozone | 0.10 |
| 05/15/02 | JT | Add to list of adjusted hours. | 7.40 |
| 05/16/02 | JT | Add to list of adjusted hours. | 7.60 |
| 05/17/02 | JT | Add to list of adjusted hours. | 7.50 |
| 05/20/02 | JT | Add to list of adjusted hours. | 6.10 |

Fred Leicht

Litigation - AutoZone, Inc.

| | | Hours |
|---|---|---|
| 05/21/02 JT | Add to list of adjusted hours. | 7.30 |
| | | |
| 05/22/02 SLM | Conference with Jennifer Trakas. | 0.10 |
| JT | Add to list of adjusted hours. | 4.40 |
| CSW | Conference with Jennifer Trakas regarding documents. | 0.10 |
| JT | Conference with Suzanne | 0.10 |
| JT | Conference with Carol | 0.10 |
| | | |
| 05/23/02 CSW | Telephone conference with Fred; conference with Suzanne Mehl; motion. | 0.50 |
| LC | Conference with Carol Wood (Suzanne Mehl) | 0.10 |
| | | |
| 05/24/02 SLM | Conference with Carol Wood. | 0.10 |
| SLM | Telephone conference with W. Christy. | 0.10 |
| CSW | Conference with Suzanne | 0.10 |
| | | |
| 05/26/02 CSW | Prepare reply memorandum. | 11.00 |
| CSW | Reply; conference with court and suppl. | 1.00 |
| | | |
| 05/28/02 SLM | Conference with Carol Wood; telephone conference with W. Christy. | 0.30 |
| CSW | Conference with Suzanne | 0.10 |
| | | |
| 05/29/02 CSW | Review order; review memo. | 0.20 |
| | | |
| 05/30/02 AC | Update pleading board. | 0.10 |
| | | |
| 06/03/02 CSW | Review correspondence and check. | 0.10 |
| | | |
| 06/06/02 CSW | Reply. | 1.20 |
| | | |
| 06/07/02 CSW | Reply. | 3.00 |
| SLM | Conference with Carol Wood; letter to W. Christy. | 0.30 |
| CSW | Conference with Suzanne | 0.10 |
| | | |
| 06/10/02 CSW | Conference with Jennifer Trakas regarding documents. | 0.10 |
| JT | Conference with Carol | 0.10 |
| | | |
| 06/11/02 AC | Update pleading board. | 0.20 |
| JT | Organize documents in Bates stamp order. | 0.90 |
| | | |
| 06/17/02 CSW | Review order. | 0.10 |
| CSW | Review signature pages - Chaney and Mott | 0.10 |
| | | |
| 06/20/02 AC | Update pleading board. | 0.10 |
| | | |
| 08/28/02 CSW | Review Notice from Court | 0.10 |
| | | |
| 09/04/02 CSW | Review letter - Fred | 0.10 |
| | | |
| 09/06/02 CSW | Review file; telephone conference with court. | 0.20 |
| | | |
| 09/09/02 CSW | Telephone conference with Fred. | 0.10 |

Page: 12
June 01, 2005
Client Number 1460L
Statement No: 28234

Fred Leicht

Litigation - AutoZone, Inc.

| | | | Hours | |
|---|---|---|---|---|
| 09/10/02 | CSW | Telephone conference with Fred. | 0.10 | |
| 09/11/02 | CSW | Conference with court; oral argument preparation. | 0.60 | |
| 09/12/02 | LC | Research cases cited in record. | 6.30 | |
| | CSW | Prepare for oral argument. | 0.20 | |
| | CSW | Prepare for oral argument. | 4.00 | |
| 09/13/02 | CSW | Prepare for oral argument; oral argument. | 3.00 | |
| 10/11/02 | CSW | Review decision; telephone conference with Fred (left message) | 0.60 | |
| 10/14/02 | RHF | Review J. Dlott's decision. | 0.30 | |
| 10/16/02 | AC | Update pleading board. | 0.10 | |
| 10/23/02 | CSW | Review Defendant's motions | 0.40 | |
| 10/25/02 | AC | Update pleading board. | 0.10 | |
| 11/08/02 | RHF | Conference with Nicole Seeling regarding status; review file regarding paralegal. | 0.10 | |
| 11/09/02 | CSW | Prepare Memorandum in Opposition. | 6.00 | |
| 11/10/02 | CSW | Prepare Memorandum in Opposition. | 1.00 | |
| 11/11/02 | RHF | Draft memo to Anna Gercas. | 0.10 | |
| 11/12/02 | CSW | Prepare Memorandum in Opposition. | 1.00 | |
| 11/14/02 | KJH | Prepare Notice of Substitution. | 0.10 | |
| | | For professional services | 316.00 | 44,470.00 |
| | | | | 44,470.00 |

**FREKING & BETZ**
**215 EAST NINTH STREET**
**FIFTH FLOOR**
**CINCINNATI, OH 45202**
**(513) 721-1975**

Page: 1
June 01, 2005
Client Number  1460L
Statement No:  28234

Fred Leicht
2963 Lischer Avenue
Cincinnati  OH  45211

Litigation - AutoZone, Inc.

**STATEMENT FOR SERVICES**

Professional services

|  |  | Hours |
|---|---|---|
| 11/18/02 AC  Update pleading board. | | 0.10 |
| 11/27/02 LC  Review file in preparation for conference with Randy Freking. | | 0.30 |
| RHF Conference with Anna Gercas regarding status. | | 0.20 |
| AG  Conference with Randy | | 0.10 |
| 12/04/02 LC  Review file; conference with Clint Collins; draft 2nd set of discovery requests; preparation of class list. | | 2.00 |
| CRC Conference with Anna Gercas; review Pleadings. | | 0.20 |
| 12/05/02 RHF Review Reply. | | 0.30 |
| LC  Review and revise 2nd set of Interrogatories. | | 0.10 |
| 12/06/02 LC  Review time sheets; review employee lists. | | 0.50 |
| LC  Conference with Randy Freking regarding time records; review Defendant's Rule 26 disclosures and discovery requests. | | 0.20 |
| KJH Prepare Notice of Appearance. | | 0.20 |
| RHF Conference with Anna | | 0.10 |
| 12/07/02 RHF Conference with Anna Gercas regarding status. | | 0.10 |
| AG  Conference with Randy | | 0.10 |
| 12/09/02 AC  Update pleading board. | | 0.10 |
| 12/10/02 LC  Research regarding Store 705. | | 0.50 |
| 12/11/02 LC  Review documents; search for HR personnel; research. | | 0.50 |
| AC  Update pleading board. | | 0.10 |
| 12/12/02 LC  Review file; review time sheets; draft discovery; draft memo to Randy Freking. | | 2.00 |
| LC  Conference with Randy Freking. | | 0.10 |
| RHF Conference with Anna Gercas regarding status. | | 0.10 |
| 12/17/02 LC  Draft memo to Kathi Huber regarding deposition; draft deposition notices; revise discovery requests; draft memo to Randy Freking; review documents. | | 1.00 |
| RHF Review Anna Gercas memo; draft revisions; draft memo. | | 0.30 |

Page: 2
June 01, 2005
Client Number  1460L
Statement No:  28234

Fred Leicht

Litigation - AutoZone, Inc.

|  |  |  | Hours |
|---|---|---|---|
|  | KJH | Prepare deposition notice. | 0.10 |
| 12/18/02 | LC | Review depositions; review deposition notices; draft letter to opposing counsel; draft memo to Randy Freking; telephone conference with Carol Wood; review file. | 2.00 |
| 12/19/02 | LC | Review memo from Randy Freking; draft letter to opposing counsel. | 0.30 |
|  | RHF | Review revised Interrogatories and Document Requests; draft memo to Anna Gercas. | 0.40 |
| 12/20/02 | AC | Update discovery notebook. | 0.10 |
| 12/30/02 | LC | Review file; draft memo to Randy Freking. | 0.10 |
| 01/02/03 | LC | Draft memo regarding status of case. | 0.10 |
|  | MWN | Review Order from Court | 0.10 |
| 01/08/03 | AC | Update pleading board. | 0.10 |
|  | LC | Conference with Mark Napier regarding status. | 0.10 |
|  | MWN | Conference with Anna | 0.10 |
| 01/09/03 | MWN | Telephone conference with W. Christy; draft memo to Randy Freking, Carol Wood and Anna Gercas; revise Alison Smith deposition notes. | 0.80 |
|  | MWN | Review file and Pleadings; conference with Anna Gercas; review Order; update CSR; voice mail to W. Christy. | 2.00 |
|  | LC | Conference with Mark Napier regarding case status; telephone conference with Carol Wood regarding deposition of A. Smith; review deposition notes, file, Pleadings; draft memo; telephone conference with Carol Wood; review memo from Mark Napier. | 2.30 |
| 01/10/03 | MWN | Telephone conference with Carol Wood. | 0.10 |
|  | MWN | Voice Mail from Carol Wood. | 0.10 |
| 01/13/03 | RHF | Conference with Mark Napier; conference call. | 1.00 |
|  | RHF | Conference with Mark Napier; telephone conference with Walter Christy. | 0.50 |
|  | LC | Conference with Mark Napier regarding ID of class members; review file. | 0.30 |
|  | MWN | Conference with Randy x2; conference with Anna | 0.30 |
| 01/14/03 | RHF | Review Petition to Appeal. | 0.10 |
|  | MWN | Review correspondence and Defendant's Petition for Permission to Appeal; draft memo. | 0.50 |
|  | MWN | Voice Mail from Carol Wood; voice mail to Anna Gercas. | 0.10 |
|  | MWN | Conference with Randy Freking and Carol Wood; telephone conference with W. Christy; conference with Anna Gercas. | 0.80 |
|  | RHF | Conference with Mark and Carol | 0.20 |
|  | AG | Conference with Mark | 0.10 |
|  | TT | Conference with Mark and Anna | 0.20 |

Fred Leicht

Litigation - AutoZone, Inc.

|  |  | Hours |
|---|---|---|
| 01/15/03 MWN | Review Defendant's motion | 0.10 |
| 01/16/03 MWN | Voice Mail to Tod Thompson. | 0.10 |
| KJH | Draft letter - Christy, Ehret and Blubaugh | 0.10 |
| MWN | Review Notice from Court | 0.10 |
| 01/17/03 LC | Research; response to Appeal. | 2.00 |
| LC | Review time records; draft memo to Mark Napier. | 2.10 |
| 01/19/03 LC | Research; response to Appeal. | 2.00 |
| 01/20/03 LC | Draft response to Appeal. | 11.80 |
| MWN | Review memo and records from Anna Gercas; conference with Carol Wood and Anna Gercas. | 1.20 |
| LC | Prepare for meeting with Mark Napier and Carol Wood; review file; conference with Carol Wood and Mark Napier. | 1.50 |
| 01/21/03 LC | Draft Motion regarding response. | 3.00 |
| MWN | Telephone conference with Carol Wood; review memo from Tod Thompson; draft Memorandum in Opposition/Answer. | 0.50 |
| MWN | Draft memo. | 0.20 |
| LC | Conference with Ted and Mark Napier; telephone conference with Court regarding format of response; e-mail to Carol Wood. | 0.50 |
| TT | Draft email to Carol | 0.10 |
| 01/22/03 MWN | Review draft correspondence to W. Christy; review e-mail from Anna Gercas to Carol Wood. | 0.30 |
| MWN | Review draft of Plaintiff's response to Defendant's Petition for Permission to Appeal; review draft of Plaintiff's Motion to Dismiss Defendant's Petition. | 0.70 |
| 01/23/03 AC | Update pleading board. | 0.10 |
| MWN | Conference with Anna Gercas; review revised draft Answer to Petition to Appeal. | 0.20 |
| MWN | Voice Mail to Anna Gercas regarding filings. | 0.10 |
| LC | Draft letter to W. Christy; review file; analyze time records; compile lists of employees; identify class. | 1.80 |
| AG | Conference with Mark | 0.10 |
| MWN | Review and finalize letter to W. Christy | 0.10 |
| AG | Draft email to Carol | 0.10 |
| 01/24/03 MWN | Voice Mail from Anna Gercas and Carol Wood. | 0.10 |
| LC | Conference with Mark Napier; conference with Carol Wood; review file; finalize letter; finalize time record analysis. | 2.00 |
| 01/27/03 MWN | Conference with Anna Gercas and Carol Wood. | 1.00 |
| LC | Conference with Mark Napier and Carol Wood. | 1.00 |
| 01/28/03 AC | Update pleading board. | 0.10 |
| LC | Input time records. | |

Page: 4
June 01, 2005
Client Number  1460L
Statement No:  28234

Fred Leicht

Litigation - AutoZone, Inc.

| | | | Hours |
|---|---|---|---|
| 01/29/03 | LC | Prepare analysis of tables; create spreadsheet; calculate time shorted. | 1.60 |
| 01/30/03 | LC | Finalize spreadsheet. | 0.30 |
| 01/31/03 | LC | Draft e-mail to Carol Wood. | 0.10 |
| 02/03/03 | LC | Update spreadsheet; calculate damages. | 0.50 |
| | LC | Conference with Carol Wood and Mark Napier; update tables. | 0.80 |
| | MWN | Review memo and date from Anna Gercas. | 0.20 |
| | MWN | Conference with Carol Wood and Anna Gercas. | 0.70 |
| 02/04/03 | LC | Draft memo regarding meeting; conference with Mark Napier. | 0.10 |
| | MWN | Conference with Anna | 0.10 |
| 02/05/03 | LC | Prepare update to damages tables and e-mail to Carol Wood. | 2.00 |
| 02/06/03 | LC | Conference with Mark Napier regarding consent decree. | 0.10 |
| | MWN | Conference with Anna | 0.10 |
| 02/10/03 | MWN | Review correspondence and Defendant's Memorandum in Opposition to Plaintiff's Motion; voice mail to Tod Thompson. | 0.40 |
| 02/11/03 | MWN | Conference with Anna Gercas. | 0.10 |
| | LC | Draft e-mail to Carol Wood; conference with Mark Napier. | 0.20 |
| 02/20/03 | MWN | Voice Mail to Tod Thompson; conference with Anna Gercas. | 0.20 |
| | LC | Conference with Mark Napier; print tables - time analysis. | 0.10 |
| | LC | Research withdrawal (Tod Thompson). | 1.00 |
| | MWN | Review letter from W. Christy | 0.10 |
| 02/21/03 | MWN | Review Motion to Withdraw; conference with Tod Thompson. | 0.20 |
| | TT | Conference with Mark | 0.10 |
| 02/25/03 | MWN | Review correspondence from W. Christy; telephone conference with C. Wood. | 0.20 |
| | AC | Update pleading board. | 0.10 |
| | LC | Review letter from W. Christy; compare class lists and time records. | 0.20 |
| 02/26/03 | AC | Update discovery notebook. | 0.10 |
| 03/03/03 | AG | Review class list; draft memo to Mark Napier, Randy Freking and Carol Wood; preparation of mailing to Carol Wood. | 0.30 |
| | MWN | Review memo from Anna Gercas; voice mail to Anna Gercas. | 0.20 |
| 03/05/03 | AG | Review e-mail from Carol Wood; conference with Mark Napier; review file; telephone conference with Carol | |

Fred Leicht

Litigation - AutoZone, Inc.

|  |  |  | Hours |
|---|---|---|---|
| | | Wood; revise spreadsheet; draft memo to Randy Freking, Mark Napier and Carol Wood; draft letter to W. Christy. | 2.00 |
| | AC | Update pleading board. | 0.10 |
| | RHF | Review e-mail from Carol Wood; conference with Mark Napier. | 0.20 |
| | MWN | Review e-mail from Carol Wood; conference with Ricky Von Johnson; conference with Anna Gercas. | 0.20 |
| 03/06/03 | AG | Revise request for document production; conference with Mark Napier. | 0.10 |
| | MWN | Review draft of 3rd request for document production; review correspondence to counsel. | 0.10 |
| 03/07/03 | AC | Update discovery notebook. | 0.10 |
| | LC | Research regarding "enhanced recovery." | 2.00 |
| 03/10/03 | AG | Review e-mail from Carol Wood; forward to Mark Napier, Heather Hersh; reply to same. | 0.20 |
| | LC | Draft memo on Awards; research AOLTF rules. | 2.20 |
| 03/11/03 | AG | Conference with Mark Napier. | 0.10 |
| 03/13/03 | AG | Review e-mail from Carol Wood. | 0.10 |
| 03/14/03 | MWN | Review research memo from Ricky Von Johnson. | 0.20 |
| | MWN | Review e-mail from Carol Wood. | 0.10 |
| 03/17/03 | AG | Review memo from Ricky Von Johnson to Mark Napier; e-mail to Carol Wood. | 0.10 |
| 03/21/03 | MWN | Review Order from Court of Appeals. | 0.20 |
| 03/24/03 | AG | Review Court Order; file Order; review correspondence. | 0.20 |
| 03/29/03 | LA | Update pleading board. | 0.10 |
| 04/01/03 | MWN | Review responses to discovery requests; conference with Anna Gercas; review Anna Gercas e-mails. | 0.30 |
| | AG | Review e-mail from Carol Wood; reply to same; review Defendant response to Plaintiffs 3rd Document Requests; e-mail to Heather Hersh. | 0.50 |
| 04/02/03 | AG | Prepare copies; send Ricky Von Johnson memo and research to Carol Wood. | 0.10 |
| 04/03/03 | LA | Update discovery notebook. | 0.10 |
| 04/17/03 | MWN | Voice Mail from W. Christy. | 0.10 |
| 04/18/03 | AG | Review file; conference with Mark Napier. | 0.20 |
| 04/21/03 | AG | Review file. | 0.10 |
| | AG | Prepare damages calculation; e-mail Carol Wood; draft memo to Mark Napier. | 2.40 |

Page: 6
June 01, 2005
Client Number  1460L
Statement No:  28234

Fred Leicht

Litigation - AutoZone, Inc.

| | | | Hours |
|---|---|---|---|
| 04/22/03 | AG | Conference with Mark Napier; review proposed consent decree; copy to Carol Wood. | 0.30 |
| | MWN | Review e-mail to Carol Wood from Anna Gercas; call reminder. | 0.20 |
| | MWN | Review fax letter and proposed consent decree; conference with Anna Gercas. | 0.30 |
| 04/23/03 | MWN | Review e-mail from Anna Gercas. | 0.10 |
| | AG | Review e-mail from Carol Wood; reply to same; e-mail to Heather Hersh. | 0.10 |
| 04/24/03 | AG | Review e-mail from Heather Hersh. | 0.10 |
| 04/25/03 | AG | Conference with Heather Hersh. | 0.10 |
| 04/30/03 | MWN | Telephone conference with W. Christy. | 0.10 |
| | AG | Conference with Mark Napier regarding status; conference with Carol Wood. | 0.10 |
| 05/07/03 | MWN | Voice Mail to Anna Gercas; review voice mail from Anna Gercas; conference with Anna Gercas. | 0.20 |
| | MWN | Conference with Carol Wood and Anna Gercas; voice mail from Fred. | 0.90 |
| | AG | Voice Mail from Mark Napier; telephone conference with Carol Wood; voice mail to Mark Napier; abacus. | 0.20 |
| 05/08/03 | MWN | Review voice mail from Steve with J. Dlott; voice mail to Kathi Huber. | 0.10 |
| | AG | Conference with Mark Napier; review file. | 0.20 |
| 05/09/03 | AG | Conference with Mark Napier; conference with Kathi Huber; voice mail to Carol Wood; telephone conference with Mark Napier and Carol Wood; extensive file review; draft letter to W. Christy regarding Consent Decree. | 2.30 |
| 05/12/03 | AG | Review e-mail from Mark Napier; review letter to Christy; conference with Mark Napier; e-mail to Heather Hersh; e-mail from Heather Hersh; revise letter to Christy. | 0.20 |
| | MWN | Review e-mail and draft letter from Anna Gercas; e-mail to Carol Wood. | 0.40 |
| 05/13/03 | MWN | Conference with Randy Freking; review e-mails from Carol Wood; e-mail to Anna Gercas; review revised correspondence to W. Christy; e-mail to Anna Gercas. | 0.40 |
| | AG | Review e-mail from Mark Napier and Carol Wood; draft memo to Heather Hersh; conference with Mark Napier; conference with Heather Hersh; review e-mails; revise letter to opposing counsel. | 0.30 |
| | RHF | Review settlement agreement with Mark Napier. | 0.30 |
| 05/14/03 | MWN | Review correspondence to W. Christy. | 0.10 |
| | MWN | Telephone conference with Fred. | 0.10 |
| | LA | Update pleading board. | 0.10 |
| | AG | Review and prepare letter regarding Consent Decree to W. | |

Page: 7
June 01, 2005
Client Number  1460L
Statement No:  28234

Fred Leicht

Litigation - AutoZone, Inc.

|  |  | Hours |
|---|---|---|
|  | Christy; review e-mail from Mark Napier. | 0.10 |
| 05/16/03 MWN | Review Notice from Court. | 0.10 |
| MWN | Review e-mail from Carol Wood; reply to same. | 0.10 |
| 05/19/03 AG | Conference with Mark Napier. | 0.10 |
| 05/28/03 LA | Update pleading board. | 0.10 |
| 05/29/03 AG | Review Mark Napier e-mail; conference with Heather Hersh regarding fees. | 0.20 |
| AG | Review e-mail from Mark Napier; telephone conference with Carol Wood. | 0.10 |
| 05/31/03 MWN | Review Notice from court. | 0.10 |
| 06/02/03 LA | Update pleading board. | 0.10 |
| 06/09/03 MWN | Draft e-mail to Anna Gercas. | 0.10 |
| MWN | Review Notice. | 0.10 |
| 06/11/03 LA | Update pleading board. | 0.10 |
| 06/13/03 MWN | Review attorney fee materials; telephone conference with W. Christy; draft correspondence to Christy. | 0.30 |
| 06/16/03 AG | Review correspondence from Mark Napier to W. Christy. | 0.10 |
| 06/20/03 RHF | Review Mark's correspondence | 0.10 |
| 06/23/03 MWN | Review correspondence from W. Christy. | 0.10 |
| 07/11/03 MWN | Review e-mail from C. Wood; e-mail to C. Wood and Heather Waldron. | 0.20 |
| 07/16/03 MWN | Review file. | 0.10 |
| MWN | Attend status conference with Court; conference with Carol Wood. | 0.50 |
| JT | Conference with Mark Napier regarding Telephone conference with Dlott. | 0.10 |
| JT | Telephone conference with Carol Wood regarding status. | 0.10 |
| AG | Review Jenna White e-mail regarding McDaniel/Kammer case. | 0.10 |
| AG | Conference with Mark Napier regarding status, telephone conference and J. Dlott's decision regarding attorney fees. | 0.10 |
| 07/25/03 AG | Draft letter to Carol Wood. | 0.10 |
| 08/08/03 AG | Draft e-mail to Carol Wood; conference with Mark Napier. | 0.10 |
| 08/14/03 MWN | Voice Mail from Carol Wood; reply to same. | 0.10 |
| 08/25/03 LA | Update pleading board. | 0.10 |

Fred Leicht

Litigation - AutoZone, Inc.

|  |  | Hours |
|---|---|---|
| 08/28/03 JT | Telephone conference with Carol Wood regarding letter from Mr. Christy. | 0.10 |
| 09/03/03 MWN | Telephone conference with Carol Wood; draft correspondence to W. Christy; e-mail to Carol Wood. | 0.40 |
| 09/18/03 MWN | Draft letter to W. Christy; e-mail to Carol Wood. | 0.50 |
| 10/01/03 MWN | Review voice mail from Carol Wood; review e-mail from Carol Wood; telephone conference with Carol Wood; e-mail to Kathi Huber; voice mail to Debi Graham. | 0.30 |
| 10/02/03 MWN | Telephone conference with Kathi Huber. | 0.20 |
| AC | Review e-mail from Mark Napier. | 0.10 |
| KJH | Telephone conference with Steve at Judge Dlott's office; conference with Mark Napier; conference with Randy Freking; e-mail to Mark Napier. | 0.20 |
| 10/24/03 KJH | Letter to Carol Wood. | 0.10 |
| 10/31/03 MWN | Review e-mail from Carol Wood; review file; e-mail to Carol Wood; draft letter to W. Christy. | 0.40 |
| 11/01/03 MWN | Review e-mail from Carol Wood. | 0.10 |
| 11/05/03 RHF | Review e-mails. | 0.10 |
| 11/06/03 MWN | Conference with Randy Freking; telephone conference with Carol Wood; update CSR. | 0.30 |
| MWN | Review court notice. | 0.10 |
| 11/10/03 LA | Update pleading board. | 0.10 |
| 11/13/03 AC | Review e-mails from Mark Napier and Carol Wood; review file; conference with and e-mail to Heather Waldron. | 0.40 |
| MWN | Review e-mail from Carol Wood; review draft letter; draft e-mail to Carol Wood; draft e-mail to Alicia Cole. | 0.30 |
| 11/14/03 MWN | Review correspondence from W. Christy. | 0.10 |
| 11/17/03 MWN | Review e-mail from C. Wood; e-mail to Angel Carpenter. | 0.20 |
| 11/18/03 AC | Draft e-mail to/from Mark Napier; conference with Heather Waldron. | 0.40 |
| MWN | Review draft letter; telephone conference with Carol Wood. | 0.30 |
| 11/21/03 LA | Update pleading board. | 0.10 |
| 11/25/03 RHF | Telephone conference with Carol Wood. | 0.10 |
| RHF | Review file; preparation. | 0.30 |
| RHF | Conference with Carol Wood; conference with Judge Dlott. | 2.70 |

Fred Leicht

Litigation - AutoZone, Inc.

| | | | Hours |
|---|---|---|---|
| 12/03/03 | MWN | Telephone conference with Carol Wood. | 0.20 |
| 12/04/03 | MWN | Review Notice of Filing. | 0.10 |
| 12/08/03 | MWN | Voice Mail from Carol Wood; e-mail to Carol Wood and Randy Freking. | 0.20 |
| | MWN | Telephone conference with Christy. | 0.20 |
| 12/09/03 | MWN | Conference with Randy Freking; telephone call to Carol Wood (left message). | 0.20 |
| | MWN | Telephone conference with Carol Wood; draft case note. | 0.30 |
| | MWN | Telephone conference with W. Christy; draft case note; update CSR; voice mail to Randy Freking. | 0.30 |
| 12/11/03 | MWN | Review voice mail from W. Christy; telephone conference with same; telephone call to Carol Wood (left message); update CSR; conference with Heather Waldron; telephone call to Randy Freking (left message); conference with Randy Freking. | 0.60 |
| | MWN | Telephone conference with W. Christy; update CSR; draft case note. | 0.30 |
| 12/12/03 | MWN | Review voice mail from Carol Wood; telephone conference with W. Christy; draft case note. | 0.20 |
| 12/19/03 | LA | Update pleading board. | 0.10 |
| 12/21/03 | MWN | Voice Mail from Carol Wood; voice mail to Jenna White; review docket sheet; e-mail to Carol Wood; note to Jenna White. | 0.70 |
| 12/26/03 | MWN | Review e-mail from Jenna White; reply to same; e-mail to Carol Wood. | 0.10 |
| 12/27/03 | MWN | Conference with Jenna White; review e-mail from Carol Wood; e-mail to Carol Wood. | 0.20 |
| | MWN | Review memo from Jenna White. | 0.10 |
| 01/12/04 | MWN | Review voice mail from Carol Wood. | 0.10 |
| 01/19/04 | MWN | Review materials; telephone call to Carol Wood (left message). | 0.50 |
| 01/28/04 | MWN | Voice Mail from W. Christy. | 0.10 |
| 02/03/04 | MWN | Telephone conference with Carol Wood; conference with Bob White. | 0.30 |
| 02/13/04 | KJH | Review Pleadings; net search PACER; conference with Mark Napier. | 0.30 |
| | MWN | Draft Motion for Settlement Approval. | |
| | MWN | Review e-mail from Carol Wood; e-mail to Carol Wood. | 0.20 |

```
                                                         Page: 10
Fred Leicht                                         June 01, 2005
                                              Client Number  1460L
                                              Statement No:  28234

Litigation - AutoZone, Inc.
```

|  |  | Hours |
|---|---|---|
| 02/25/04 LA | Update pleading board. | 0.10 |
| 03/02/04 MWN | Telephone conference with Carol Wood. | 0.30 |
| MWN | Review draft Pleadings; review pleadings; note to Susan Hartung. | 0.40 |
| 03/18/04 MWN | Review draft class action settlement documents. | 1.50 |
| 03/22/04 MWN | Telephone conference with Carol Wood; conference with Susan Hartung. | 0.30 |
| 03/26/04 MWN | Review e-mail from Carol Wood; conference with Susan Hartung; e-mail to Carol Wood; review documents. | 0.50 |
| 04/01/04 MWN | Telephone conference with Carol Wood. | 0.40 |
| 04/02/04 MWN | Revise draft documents; draft letter to W. Christy. | 1.00 |
| 04/06/04 MWN | Draft fax to W. Christy. | 0.20 |
| 04/26/04 MWN | Review e-mail from Carol Wood; e-mail to Susan Hartung. | 0.20 |
| 04/27/04 MWN | Review draft class settlement documents. | 0.30 |
| 04/28/04 MWN | Draft revisions; draft letter to W. Christy. | 0.30 |
| 04/29/04 MWN | Voice Mail from Terry at W. Christy's office; voice mail to Susan Hartung. | 0.20 |
| 05/07/04 MWN | Review e-mail from Fred; e-mail to Fred; e-mail to Carol Wood. | 0.20 |
| 05/11/04 MWN | Review e-mail; draft e-mail to Susan Hartung. | 0.10 |
| MWN | Review proposed changes to settlement documents; e-mail to Carol Wood. | 0.70 |
| 06/04/04 MWN | Telephone conference with Carol Wood; Draft letter to W. Christry; Draft e-mail to Fred Leicht | 0.90 |
| 06/11/04 MWN | Review voice mail from W. Christy; Telephone call to W. Christy (left message) | 0.20 |
| 06/15/04 MWN | Telephone call to W. Christy (left message) | 0.10 |
| 06/23/04 MWN | Telephone conference with Carol Wood | 0.10 |
| 06/24/04 MWN | Telephone call to Carol Wood (left message) | 0.10 |
| 06/25/04 MWN | Review voice mail from Carol Wood | 0.10 |
| 07/19/04 MWN | Telephone conference with Carol Wood | 0.10 |
| 07/20/04 MWN | Telephone conference with Carol Wood | 0.30 |

```
                                                              Page:  11
Fred Leicht                                              June 01, 2005
                                                   Client Number  1460L
                                                   Statement No:  28234

        Litigation - AutoZone, Inc.
```

|  |  |  | Hours |
|---|---|---|---|
| 07/29/04 | MWN | Review correspondence from W. Christy | 0.10 |
| 09/02/04 | AC | Conference with Mark Napier; Electronically file Motion | 0.70 |
|  | MWN | Telephone call to Carol Wood (left message) | 0.10 |
|  | MWN | Telephone conference with Carol Wood; Prepare Court filing and exhibits; Conference with Angel Carpenter | 0.80 |
| 09/10/04 | LA | Update pleading board. | 0.20 |
| 10/28/04 | MWN | Telephone conference with S. Snyder; Draft e-mail to Carol Wood | 0.20 |
| 11/09/04 | LA | Input/update pleadings. | 0.20 |
| 12/06/04 | LA | Update pleading board. | 0.20 |
| 12/13/04 | MWN | Telephone conference with S. Snyder, review file | 0.80 |
| 12/22/04 | MWN | Draft pleadings; conference with Susan Hartung | 0.40 |
| 12/28/04 | MWN | Review file; draft email to S. Snyder; draft email to Kimberly Byrd; draft email to Heather Waldron; draft email to Carol Wood; review email from Fred; draft email to Fred | 1.40 |
| 12/29/04 | RHF | Review memo from Mark Napier; Draft memo | 0.20 |
| 01/04/05 | MWN | Review file; draft letter to W. Christy | 0.50 |
| 01/05/05 | AC | Conference with Heather Waldron. | 0.30 |
| 01/06/05 | AC | Review e-mail from MWN/HW; conference with Beth. | 0.30 |
|  | MWN | Telephone conference with W. Christy; review voice mail from W. Christy | 0.30 |
| 01/08/05 | MWN | Review correspondence, materials, draft e-mail to Kimberly Byrd | 0.30 |
| 01/11/05 | MWN | Review email from Kim | 0.10 |
| 01/20/05 | MWN | Review file and Notices, conference with Kimberly Byrd, telephone conference with Carol Wood. | 0.80 |
|  | RHF | Review status | 0.20 |
| 01/21/05 | LA | Update pleading board. | 0.20 |
| 01/24/05 | MWN | Draft e-mail to Randy Freking. | 0.20 |
| 01/27/05 | MWN | Review e-mail from Angel Carpenter, draft e-mail to her in response. | 0.20 |
|  | AC | Review e-mail to/from MWN. | 0.30 |
| 01/28/05 | AC | People search. | 0.50 |

```
                                                              Page:  12
    Fred Leicht                                          June 01, 2005
                                                 Client Number  1460L
                                                 Statement No:  28234

    Litigation - AutoZone, Inc.
```

|            |     |                                                                                                                              | Hours |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 02/01/05   | AC  | People search.                                                                                                               | 0.20  |          |
| 02/03/05   | AC  | People search.                                                                                                               | 0.60  |          |
| 02/10/05   | MWN | Review Publication affidavit from Enquirer, e-mail to Carol Wood                                                             | 0.10  |          |
| 03/14/05   | MWN | Review voice mail from C Wood, voice mail to Angel Carpenter, e-mail to C Wood                                               | 0.20  |          |
|            | AC  | Voice Mail from Mark Napier; e-mail from Mark Napier; people search; e-mail to Carol Wood                                    | 1.50  |          |
| 03/15/05   | AC  | Review e-mail from Carol Wood                                                                                                 | 0.10  |          |
|            | MWN | Review e-mail from Angel Carpenter                                                                                            | 0.10  |          |
|            | AC  | Conference with Mark Napier; e-mail to Carol Wood; e-mail from Carol Wood; prepare list of missing class members            | 0.80  |          |
| 03/18/05   | AC  | Review e-mail from Carol Wood                                                                                                 | 0.10  |          |
| 03/21/05   | MWN | Conference with Angel Carpenter                                                                                               | 0.10  |          |
|            | AC  | Review e-mail from Carol Wood; conference with Mark Napier; conference with Randy Freking; e-mail to Mark Napier            | 0.40  |          |
|            | AC  | Telephone conference with class member; review file                                                                          | 0.20  |          |
| 03/28/05   | AC  | Telephone conference with Shonda King; review file                                                                           | 0.40  |          |
|            | AC  | Telephone call to Shonda King                                                                                                 | 0.10  |          |
| 03/31/05   | AC  | Review proof form/update file                                                                                                 | 0.10  |          |
|            | AC  | Review e-mail from Carol Wood; e-mail to same                                                                                 | 0.20  |          |
| 04/06/05   | AC  | Review form from class member/update files                                                                                   | 0.10  |          |
| 05/24/05   | AC  | Review e-mail from Mark Napier and Carol Wood; review file and respond to same                                               | 0.20  |          |
| 05/26/05   | AC  | Review e-mail from Mark Napier and Carol Wood; review Pacer and download document; draft e-mail to Carol Wood                | 0.40  |          |
| 05/31/05   | AC  | Review e-mail messages from Mark Napier and Carol Wood; review file and respond to same                                      | 0.30  |          |
|            | AC  | Conference with Mark Napier                                                                                                   | 0.10  |          |
|            | AC  | Review and respond to e-mail messages from Carol Wood                                                                         | 0.20  |          |
| 06/01/05   | AC  | Conferences with Mark Napier; review file; prepare brief; conference with Kimberly Byrd; conference with Susan Hartung; draft e-mail to Carol Wood. | 1.20  |          |
|            | AC  | Review and respond to e-mail from Carol Wood                                                                                  | 0.10  |          |
|            |     | For professional services                                                                                                    | 127.10 | 17,913.50 |
|            |     |                                                                                                                              |       | 17,913.50 |

```
Date: 06/01/05                        Detail Cost Transaction File List                        Page: 1
                                              Freking & Betz

                              H T B R                    C
   Client   Date   Tmkr E/A Src P X C C Tcd              T        Amount                                        Ref #
    1460 01/23/05   6  E    P      7  32                 0        819.92 Publication of Notice in Cincinnati Enquirer    17
                                                                        Leicht/Fred
                                                                        Litigation - AutoZone, Inc.
    1460 02/02/05   6  E    A         95                 0         46.20 Postage/Certified Mail (77 @ .60)               ARCH
                                                                        Leicht/Fred
                                                                        Litigation - AutoZone, Inc.

   Total for Client ID 1460              Billable                 866.12 Leicht/Fred
                                            Total                 866.12 Litigation - AutoZone, Inc.


   Grand Totals                          Billable                 866.12
                                            Total                 866.12
```

