## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| FRED LEICHT | : | Case No.: C-1-00-853 |
| | : | J. Dlott |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AUTOZONE, INC., et al. | : | **CERTIFICATE OF COMPLIANCE** |
| | : | **WITH COURT=S ORDER** |
| Defendants | : | |

Come now class counsel for the Plaintiff Class, and hereby certify that they have complied with the duties set forth in this Court=s Order regarding dissemination of the class notice, and have satisfied the requirements of due process and Federal Rule of Civil Procedure 23. Class counsel provided notice to the Class Members for which they were provided addresses within thirty days of the entry of the Court=s Order via Regular U.S. Mail. Class Counsel also had published a Summary Notice of Class Action and Proposed Settlement in the Cincinnati Enquirer on January 23, 2005, which is attached as Exhibit A.

        Respectfully submitted,

        /s/ Randolph H. Freking
        Randolph H. Freking (0009158)
        Mark W. Napier (0019700)
        FREKING & BETZ
        215 East Ninth Street, Fifth Floor
        Cincinnati, Ohio 45202
        Phone: (513) 721-1975
        Fax: (513) 651-2570

        Carol S. Wood (0040739)
        3016 Lischer Avenue
        Cincinnati, OH 45211
        Phone: (513) 662-7227

COUNSEL FOR PLAINTIFF CLASS

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court=s electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court=s electronic filing system. Parties may access this filing through the Court=s system.


                                  /s/ Randolph H. Freking