THE CINCINNATI ENQUIRER
THE CINCINNATI POST
THE KENTUCKY POST

312 ELM STREET
CINCINNATI, OHIO 45202-2739
(513) 721-2700

AFFIDAVIT

( CASE NUMBER )   KIMBERLY B
( CAPTION COPY )   CASE # C-1-00-853
( QUOTED COST )   $819.92
( AD # )   50603
( ORDER # )   ******

STATE OF OHIO,   SS.
HAMILTON COUNTY,
PERSONALLY APPEARED BEFORE ME,

A NOTARY PUBLIC, IN AND FOR HAMILTON

COUNTY, OHIO .................

WHO, BEING DULY SWORN, SAYS THAT THE

ANNEXED ADVERTISEMENT WAS PUBLISHED

IN THE

CINCINNATI ENQUIRER

DAILY NEWSPAPERS   1   TIMES TO WIT:

1/23/05

AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME THIS

28..DAY OF Jan. 2005

NOTARY PUBLIC

DORIS THOMAS
Notary Public, State of Ohio
My Commission Expires Jan. 23, 2007

GANNETT

A WORLD OF DIFFERENT VOICES
WHERE FREEDOM SPEAKS

PLAINTIFF'S
EXHIBIT
A