UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FRED LEICHT | : | Case No.: C-1-00-853 |
| | : | J. Dlott |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AUTOZONE, INC., et al. | : | **SUPPLEMENTAL CERTIFICATE OF** |
| | : | **COMPLIANCE WITH COURT'S** |
| Defendants | : | **ORDER** |

    Come now class counsel for the Plaintiff Class, and hereby certify that they have complied with the additional service duties set forth by the Court during the June 6, 2005 Fairness Hearing. Class member Eric Jung was mailed the attached *Notice to Eric Jung of Class Action and Proposed Settlement,* along with a Proof of Claim form, at his last known address. The Notice is attached as Exhibit A.

    As of July 18, 2005, class counsel have not received a Proof of Claim form from Eric Jung that was required to be returned by July 11, 2005. The Notice to Eric Jung was in addition to the Summary Notice of Class Action and Proposed Settlement published in the Cincinnati Enquirer on January 23, 2005, proof of same already having been provided to this Court at the Fairness Hearing.

    All additional duties of class counsel have been completed, and the parties await the Court's ruling on the proposed Settlement.

Respectfully submitted,

 /s/ Randolph H. Freking
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, Ohio  45202
Phone:  (513) 721-1975
Fax:  (513) 651-2570

 /s/ Carol S. Wood
Carol S. Wood (0040739)
3016 Lischer Avenue
Cincinnati, OH 45211
Phone:  (513) 662-7227

COUNSEL FOR PLAINTIFF CLASS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

 /s/ Randolph H. Freking