UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FRED LEICHT**

Case No. 1:00-cv-00853-SJD

v.

Judge Susan J. Dlott

**AUTOZONE, INC. and
AUTOZONE STORES, INC**.

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Fred Leicht, individually and on behalf of the class he represents, and Defendant, AutoZone, Inc., both appearing herein through undersigned counsel, respectfully move the Court to enter a final order of dismissal, with prejudice, with respect to all claims and demands set forth in this matter for the following reasons:

1.    On October 10, 2002, the Court certified a class action on behalf of a class consisting of all persons who were employed by AutoZone, Inc. at Store 705 in Hamilton County, Ohio during the period beginning October 10, 1997 and ending June 30, 2000, whose employee time records were altered and who were paid on an hourly basis.

2.    The Court thereafter approved a settlement of this matter as to all claims of Plaintiff Leicht and the Class and, following notice to the Class, held a Fairness Hearing on June 6, 2005, to determine whether class certification was proper and whether the settlement agreement was fair, adequate, and reasonable and should be approved by the Court.

3.    No objection to the proposed settlement was made by any class members and the Court entered an Order granting final approval to the settlement on July 29, 2005.

4.    The parties have carried out all of the conditions and requirements of the settlement agreement, and this matter is now ripe for final dismissal.

WHEREFORE, the parties pray that this Motion be granted as set forth above.

                Respectfully Submitted:

                /s/Mark W. Napier  
                Mark W. Napier  
                Freking & Betz  
                215 East Ninth Street, 5th Floor  
                Cincinnati, OH  45202  
                Tel.:   513-721-1975  
                Email: Mnapier@frekingandbetz.com  
                ATTORNEY FOR PLAINTIFFS

                /s/Marc S. Blubaugh  
                Marc S. Blubaugh  
                Benesch, Friedlander, Coplan & Aronoff, LLP  
                88 E. Broad Street, Suite 900  
                Columbus, OH   43215-3506  
                Tel.:   614-223-9300  
                ATTORNEY FOR AUTOZONE, INC.

                /s/ Walter W. Christy  
                Walter W. Christy  
                Frilot Partridge, L.L.C.  
                1100 Poydras Street  
                3600 Energy Centre  
                New Orleans, LA  70163  
                Tel.:   504-599-8201  
                Email: WChristy@frilotpartridge.com  
                ATTORNEY FOR AUTOZONE, INC.