**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**FRED LEICHT**

**Case No. 1:00-cv-00853-SJD**

**v.**

**Judge Susan J. Dlott**

**AUTOZONE, INC. and**
**AUTOZONE STORES, INC**.

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Joint Motion to Dismiss with Prejudice, the Court finding that the parties have carried out all of the conditions and requirements of the Class Action Settlement Agreement,

IT IS HEREBY ORDERED that this matter be, and the same is hereby DISMISSED, with prejudice.

Cincinnati, Ohio, this _____ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE